**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-1447**

_____

JANICE WOLK GRENADIER,

        Plaintiff - Appellant,

    v.

ANDREW MCCABE; WILLIAM PELHAM. BARR; JAMES BRIEN COMEY, JR.,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville. Norman K. Moon, Senior District Judge. (3:22-cv-00016-NKM-JCH)

_____

Submitted: January 30, 2024                  Decided: February 2, 2024

_____

Before KING, AGEE, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Janice Wolk Grenadier, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Janice Wolk Grenadier appeals the district court's order dismissing her complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Grenadier v. McCabe*, No. 3:22-cv-00016-NKM-JCH (W.D. Va. Mar. 17, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*